UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **ELI LILLY AND COMPANY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. l:06-CV-1017-SEB-JMS |
| | ) |
| **TEVA PHARMACEUTICALS USA, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**LILLY'S MOTION TO SEAL CERTAIN DOCUMENTS**

Plaintiff Eli Lilly and Company ("Lilly") respectfully requests that this Court, pursuant to Local Rule 5.3, permit the filing of the following documents under seal: (1) Lilly's Memorandum in Support of Its Motion to Compel Teva to Produce Raloxifene Identified in Its ANDA; (2) Declaration of Laura P. Masurovsky in Support of Lilly's Motion to Compel Teva to Produce Raloxifene Identified in Its ANDA and associated exhibits. In support of this motion, Lilly asserts the following:

1. Lilly's Memorandum in Support of Its Motion to Compel Teva to Produce Raloxifene Identified in Its ANDA contains confidential and proprietary business information.

2. The Declaration of Laura P. Masurovsky in Support of Lilly's Motion to Compel Teva to Produce Raloxifene Identified in Its ANDA and associated exhibits contain confidential and proprietary business information.

3. Pursuant to Federal Rules of Civil Procedure, Rule 26(c)(7), the Court is permitted to protect confidential business information and trade secrets.

WHEREFORE, Lilly respectfully requests that this Court grant this Motion to file the following documents under seal: (1) Lilly's Memorandum in Support of Its Motion to Compel Teva to Produce Raloxifene Identified in Its ANDA; (2) Declaration of Laura P. Masurovsky in Support of Lilly's Motion to Compel Teva to Produce Raloxifene Identified in Its ANDA and associated exhibits.

Respectfully submitted,

Dated: October 28, 2008   By: */s/ Laura P. Masurovsky*
Jan M. Carroll, No. 4187-49
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433

Charles E. Lipsey
L. Scott Burwell
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Two Freedom Square
Reston, Virginia 20190
Telephone: (571) 203-270

David S. Forman
Laura P. Masurovsky
Mark J. Feldstein
Amy E. Purcell
Alissa K. Lipton
William B. Raich
Jennifer H. Roscetti
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001-4413
Telephone: (202) 408-4000

Robert F. McCauley
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, CA  94304-1203
Telephone: (650) 849-6600

Attorneys for Plaintiffs
ELI LILLY AND COMPANY

# CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October 2008, Lilly's Motion to Seal Certain Documents was filed electronically. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. The sealed portion of this filing was served by causing a copy of the same to be delivered by electronic mail as follows:

> Edward H. Rice
> Jordan Sigale
> Marina Saito
> Julie Samuels
> Steven J. Lubezny
> Daniel W. Celander
> Adam G. Kelly
> LOEB & LOEB, LLP
> 321 N. Clark Street
> Chicago, IL 60610
>
> Steven J. Lee
> KENYON & KENYON
> One Broadway
> New York, NY 10004
>
> Joel E. Tragesser
> James Dimos
> LOCKE REYNOLDS LLP
> 201 North Illinois Street
> Suite 1000
> Indianapolis, IN 46244
>
> **Attorneys for Defendant**
> **Teva Pharmaceuticals USA, Inc.**

> */s/ Laura P. Masurovsky*
> Attorney for Plaintiff
> Eli Lilly and Company