UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ELI LILLY AND COMPANY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:06-cv-1017-SEB-JMS |
| | ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) | |
| Defendant. | ) | |

### ENTRY ON MOTION TO COMPEL

This matter is before the magistrate judge on Eli Lilly and Company's ("Lilly") Motion to Compel Teva to Produce Its Drug Master File and For Sanctions (Dkt. # 368). The motion is fully briefed, and being duly advised, the Motion to Compel is **DENIED AS MOOT**, and the Motion for Sanctions is **DENIED,** for the reasons set forth below.

Lilly moved to compel Teva to produce the Drug Master File ("DMF") for its raloxifene hydrochloride. On January 16, 2009, Lilly received the DMF from Interchem Corporation ("Interchem"), the U.S. agent for Erregierre, Teva's third-party supplier of the active pharmaceutical ingredient in Teva's raloxifene tablets. Therefore, Lilly's motion to compel is moot. However, Lilly maintains its request for sanctions against Teva for failing to timely produce the DMF.

Teva does not have control of the DMF, and Lilly's arguments to the contrary are unconvincing. Teva provided Lilly with those documents in its possession, and made reasonable efforts to assist Lilly in obtaining the entire DMF from Erregierre. Lilly received portions of the DMF, including some redacted pages, several months ago in response to a subpoena Lilly served upon Erregierre/Interchem. Lilly clearly had the ability to move to enforce the subpoena as to

any missing production. It chose not to do so and instead filed the motion to compel Teva to produce the DMF. Ultimately, Interchem produced the DMF. The Court does not find that any conduct on the part of Teva warrants the imposition of sanctions, particularly given that the document sought was not Teva's. Therefore, Lilly's motion for sanctions is denied.

**SO ORDERED.**

01/27/2009

*Jane Magnus-Stinson*
Jane Magnus-Stinson
United States Magistrate Judge
Southern District of Indiana

Distribution:

Terri L. Bruksch
BARNES & THORNBURG LLP
tbruksch@btlaw.com

L. Scott Burwell
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, LLP
scott.burwell@finnegan.com

Jan M. Carroll
BARNES & THORNBURG LLP
jan.carroll@btlaw.com

Daniel W. Celander
LOEB & LOEB LLP
dcelander@loeb.com

James Dimos
FROST BROWN TODD LLC
jdimos@fbtlaw.com

Mark Jeremy Feldstein
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER LLP
mark.feldstein@finnegan.com

David S. Forman
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, LLP
david.forman@finnegan.com

Adam G. Kelly
LOEB & LOEB, LLP
akelly@loeb.com

Steven J. Lee
KENYON & KENYON
slee@kenyon.com

Charles Edmund Lipsey
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER LLP
charles.lipsey@finnegan.com

Alissa Keely Lipton
FINNEGAN, HENDERSON, FARABOW,
GARRETT, & DUNNER,LLP
alissa.lipton@finnegan.com

Steven M. Lubezny
LOEB & LOEB LLP
slubezny@loeb.com

Laura P. Masurovsky
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, LLP
laura.masurovsky@finnegan.com

Robert Francis McCauley
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER LLP

robert.mccauley@finnegan.com

Amy E. Purcell
FINNEGAN, HENDERSON, FARABOW
GARRETT & DUNNER, L.L.P.
amy.purcell@finnegan.com

William Barrett Raich
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER LLP
william.raich@finnegan.com

Edward H. Rice
LOEB & LOEB LLP
erice@loeb.com

Jennifer H. Roscetti
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER L.L.P.
jennifer.roscetti@finnegan.com

Marina N. Saito
LOEB & LOEB LLP
msaito@loeb.com

Julie P. Samuels
LOEB & LOEB LLP
jsamuels@loeb.com

Jordan A. Sigale
LOEB & LOEB LLP
jsigale@loeb.com

Joel E. Tragesser
FROST BROWN TODD LLC
jtragesser@fbtlaw.com